MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
2825 Dewey Rd # 207
San Diego, CA 92106
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

Marco Gonzalez (SBN 190832)
Livia Borak Beaudin (SBN 259434)
COAST LAW GROUP, LLP
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

Attorneys for Plaintiffs
SAN DIEGO COASTKEEPER and COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation, <br><br>    Plaintiffs, <br><br> v. <br><br> PALOMAR TRANSFER STATION, INC., a California corporation, and COAST WASTE MANAGEMENT, INC., a California corporation, <br><br>    Defendants. | Civil Case No.: 3:19-cv-00957-JM-LL <br><br> **NOTICE OF SETTLEMENT** |

1

Notice of Settlement

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation, and Defendants Palomar Transfer Station, Inc. and Coast Waste Management, Inc. ("the Parties") have reached a settlement whose specific terms are set forth in a proposed Consent Decree, which is attached to this Notice and filed herewith as Exhibit "A."

On July 11, 2019, Plaintiffs mailed copies of the proposed Consent Decree via U.S. Certified Mail on the Administrator of the U.S. E.P.A, and the U.S. Attorney General, Citizen Suit Coordinator, and mailed a copy to the Regional Administrator of EPA Region IX (collectively "the Agencies").

Under the provisions of 40 C.F.R. § 135.5, the Agencies have 45 days from the date of receipt to review a proposed consent decree and to submit comments to the Court and the Parties, if any. Also, Plaintiffs are required to notify the Court upon receiving notice that the agencies have received the Parties' proposed consent decree. (*Id*).

Plaintiffs will notify the Court upon receipt of such notice. The Court may sign and enter the Consent Decree after the 45-day review period has run. (See 40 C.F.R. § 135.5). Plaintiffs will therefore submit the proposed Consent Decree to the Court for the Court's consideration upon expiration of the 45-day review period.

Should the Court require any additional information, the undersigned will be pleased to provide it upon request.

Dated:   July 12, 2019

Respectfully submitted,
San Diego Coastkeeper

By: /s/Patrick McDonough
Patrick McDonough
Attorney San Diego Coastkeeper
E-mail: patrick@sdcoastkeeper.org

2

Notice of Settlement

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the Notice of Settlement with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also caused copies of this NOTICE OF SETTLEMENT, and all corresponding attachments, to be sent via electronic mail to:

| | |
|---|---|
| Tom Bruen<br>Law Offices of Thomas M. Bruen, P.C.<br>tbruen@tbsglaw.com | Attorney for Defendant<br>Palomar Transfer Station, Inc. |
| Kimberly Bick<br>Bick Law LLP<br>kbick@bicklawllp.com | Attorney for Defendant<br>Coast Waste Management, Inc. |
| Ryan DuBose<br>Bick Law LLP<br>rdubose@bicklawllp.com | Attorney for Defendant<br>Coast Waste Management, Inc. |

Dated: July 12, 2019            **San Diego Coastkeeper**

By: /s/Patrick McDonough
Patrick McDonough
Attorney for San Diego Coastkeeper
E-mail: patrick@sdcoastkeeper.org